IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Chad Elliott, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | Case No. 07-4051-SAC |
| ) | |
| Tyson Fresh Meats, Inc., ) | |
| ) | |
| Defendant. ) | |
| ) | |

**ORDER**

This matter comes before the court upon defendant's Motion for Leave to File Exhibits Under Seal (Doc. 60). Standing Order 07-03 provides in part:

> If the motion for leave to file under seal is granted, the assigned judge will enter electronically an order authorizing the filing of the document(s) under seal. The assigned judge will also direct the clerk's office to grant to all attorneys who have entered an appearance in that case…the ability to view sealed documents in that case…. The filing party shall then file its document(s) under seal.

The Court has reviewed the documents at issue, and finds, for good cause shown, the instant motion should be and is hereby granted. Accordingly,

IT IS THEREFORE ORDERED that defendant's defendant's Motion for Leave to File Exhibits Under Seal (Doc. 60) is granted. The Court authorizes that the following exhibits may be filed under seal: Drug and Alcohol Policy (Defendant's Ex. 3); Rules of Conduct (Defendant's Ex. 5); Defendant's Answers to Plaintiff's First Interrogatories (Defendant's Ex. 12); Deposition Testimony of Chad Elliott (Defendant's Ex. 14); Deposition Testimony of Dennis Linebarger (Defendant's Ex. 15); Deposition Testimony of Rodger Brownrigg (Defendant's Ex. 16); and Deposition Testimony of Timothy McCoy (Defendant's Ex. 17).

IT IS FURTHER ORDERED that upon receipt of this order, Tyson is directed to file these documents electronically under seal.

IT IS SO ORDERED.

2

Dated this 25th day of March, 2008, at Topeka, Kansas.

                                                <u>s/ K. Gary Sebelius</u>
                                                Hon. K. Gary. Sebelius
                                                U. S. Magistrate Judge

DB03/802934.0006/8530717.1